**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON TINACCI,<br>427 East Napa Street<br>Sonoma, CA 95476<br><br>Plaintiff,<br><br>v.<br><br>CHIC METROPOLITAN MAGAZINE,<br>350 Townsend Street, Suite 421<br>San Francisco, CA 94107<br><br>Defendant. | Civil Action No.:<br><br>COMPLAINT AND JURY DEMAND |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, JASON TINACCI ("Plaintiff"), brings this complaint in the United States District Court for the District of Columbia against CHIC METROPOLITAN MAGAZINE ("Defendant"), alleging as follows:

PARTIES

1. Plaintiff is a nationally-recognized commercial photographer of fifteen (15) years experience. Plaintiff travels throughout the world creating high-quality lifestyle, portrait, and product images, and regularly works for a wide variety of commercial and advertising clients. Plaintiff is the founder and owner of TrellisCreative Inc., a commercial photography agency that focuses on wine, food, and luxury lifestyle photography. A selection of Plaintiff's

clients include: Adventist Health, Assouline Publishing, Benson Marketing Group, Bombardier, *Gourmet Magazine*, Rolls-Royce Motorcars, St. Helena Hospital Foundation, UCSF Benioff Children's Hospital, *Wine Spectator Magazine*, and *Worth Magazine*. Plaintiff is a United States citizen and resides in Sonoma, California.

2. On information and belief, Defendant is a limited liability company existing under the laws of the California, with headquarters in San Francisco, California. Defendant publishes *Chic Metropolitan*, a magazine geared toward the luxury lifestyle, the “luxe pulse of the City.”[1] Defendant distributes *Chic Metropolitan* throughout the Unites States, including the District of Columbia.[2]

JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).
4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).
5. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1391(c)(2), in that Defendant: (1) directed electronic activity into the State (District); (2) with the manifested intent of engaging in business or other interactions within the State (District); and (3) that activity created, in a person within the state, a potential cause of action cognizable in the State’s (District’s)courts.

---

1 www.chicmetropolitan.com/about-chic-metropolitan/

2 www.chicmetropolitan.com/chic-metropolitan-takes-over-new-york-with-distribution-to-all-newsstands/

6. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under and 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

7. Plaintiff captured the photograph, "Tinacci_120912_9633.jpg" ("Copyrighted Photograph") on September 12, 2012 at the Wings Over the Rockies Air & Space Museum in Denver, Colorado. Plaintiff captured the Copyrighted Photograph using sophisticated lighting, and a support crew. [Exhibit 1].
8. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on March 7, 2017 (Registration No.: VAu 1-265-435) as an unpublished collection. [Exhibit 2].
9. Plaintiff posted the Copyrighted Photograph on www.tinacciphoto.com (Last visited May 22, 2017) on or about September 21, 2014. [Exhibit 3].
10. Beginning on or about May 2016, Defendants copied and posted the Copyrighted Photograph to the company's website, www.chicmetropolitan.com (Last visited May 22, 2017).
11. Defendant posted the Copyrighted Photograph to the following URL:
    - www.chicmetropolitan.com/b2b-sales-programs (Last visited May 22, 2017). [Exhibit 4].
12. Defendant copied and uploaded the Copyrighted Photograph directly from Plaintiff's website, www.tinacciphoto.com.
13. Defendant had direct knowledge Plaintiff was the author of the Copyrighted Photograph when it uploaded it to Defendant's website. [Exhibit 5 displays the coding for the web page,

www.chicmetropolitan.com/b2b-sales-programs, including the file name of the Copyrighted Photograph, "Tinacci_120912_9633-1024x683.jpg."].

14. Defendant omitted any reference to Plaintiff as author of the Copyrighted Photograph when it posted the Copyrighted Photograph to www.chicmetropolitan.com.

15. Defendant utilized the Copyrighted Photograph as the feature photograph to a web page titled, "B2B Sales programs," under the heading, "How it Works." [Exhibit 4].

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §101 ET SEQ.

16. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

17. Plaintiff is, and at all relevant times has been, the copyright owner or licensees of exclusive rights under United States copyright with respect to certain photographs, including but not limited to the Copyrighted Photograph of which is the subject of a valid application for a Certificates of Copyright Registration issued by the Register of Copyrights.

18. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted Photograph to the public.

19. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, has copied and used the Copyrighted Photograph on Defendant's public website, www.chicmetropolitan.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright.

20. Plaintiff is informed and believes that the foregoing acts of infringement were willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

21. As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to statutory damages and attorneys' fees, pursuant to 17 U.S.C. § 504(c).

## COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. §1202

22. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Plaintiff's Copyrighted Photograph before displaying the Copyrighted Photograph on Defendant's public website, www.chicmetropolitan.com. In doing so, Defendant violated 17 U.S.C. § 1202(b)(1).

23. As a result of Defendant's actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to his attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others

in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

D. Awarding Plaintiff his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

E. Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: May 19, 2017

______________________________

David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

EXHIBIT 1



# EXHIBIT 2

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-265-435**
**Effective Date of Registration:**
March 07, 2017

### Title

**Title of Work:** Tinacci-Q2-2015-2

### Completion/Publication

**Year of Completion:** 2015

### Author

- **Author:** Jason Michael Tinacci
  **Author Created:** photograph
  **Citizen of:** United States
  **Year Born:** 1975

### Copyright Claimant

**Copyright Claimant:** Jason M Tinacci
427 East Napa St, Sonoma, CA, 95476, United States

### Rights and Permissions

**Name:** Jason Michael Tinacci
**Email:** jason@tinacciphoto.com
**Telephone:** (707)287-5397
**Address:** 427 East Napa St
Sonoma, CA 95476 United States

### Certification

**Name:** Jason Tinacci
**Date:** August 20, 2016

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Unpublished collection

Page 1 of 1

EXHIBIT 3


Jason Tinacci - Commercial...
tinacciphoto.com/Lifestyle/31
Search
JASON TINACCI
PHOTOGRAPHY
» Lifestyle
Faces
Food
Wine & Spirits
From Above
Personal Projects
Flashes of Hope
About Jason
Contact
Stock Archive
Blog
PDF Portfolio
fullscreen
caption
thumbs
prev
31 of 42
Tinacci / (707) 287-5397
PDF Portfolio

EXHIBIT 4



B2B Sales programs - Chic ...

www.chicmetropolitan.com/b2b-sales-programs/

Chic Metropolitan

Happenings Lifestyle fashion HOT PARTIES Chic Real Estate Destinations Photos

Search

## How it works.

Once you request a proposal from us and submit it, we will quickly contact you and review the details of your campaign is customized to meet your specific criteria, ensuring a prosperous outcome. We win when you win. Plus, you define the playing field.

**Chic Metropolitan excels companies who are working nationwide for new sales opportunities.**

**Our ability to connect with executive decision makers is what separates us from the rest of other companies.**

**We understand what makes companies tick: we also have senior sales team. We are the sales development team to increase your sales opportunities and make your sales team focus on closing the sales.**

Celebrates 35th Anniversary

Search

EXHIBIT 5


B2B Sales programs - Chic ...
www.chicmetropolitan.com/b2b-sales-programs/
Search
Happenings
Lifestyle
fashion
HOT PARTIES
Chic Real Estate
Destinations
Photos
How it works.
Once you request a proposal from us and submit it, we will quickly contact you and review the details of your campaign is customized to meet your specific criteria, ensuring a prosperous outcome. We win when you win. Plus, you define the playing field.
Chic Metropolitan excels companies who are working nationwide for new sales opportunities.
Our ability to connect with executive decision makers is what separates us from the rest of other companies.
CHRISTOPHER DESIGNS
CRISSCUT
Celebrates 35th Anniversary
We understand what makes companies tick; we also have senior sales team. We are the sales development team to increase your sales
Inspector
Console
Debugger
Style Editor
Performance
Memory
Network
Search HTML
Rules
Computed
Animations
Fonts
<img class="alignnone wp-image-12189 size-large" src="http://www.chicmetropolitan.com/wp-content/uploads/2016/05/Tinacci_120912_9633-1024x683.jpg" alt="B2B" srcset="http://www.chicmetropolitan.com/wp-content/uploads/2016/05/T…-content/uploads/2016/05/Tinacci_120912_9633-120x80.jpg 120w" sizes="(max-width: 1024px) 100vw, 1024px" width="1024" height="683">


Inspector
Console
Debugger
Style Editor
Performance
Memory
Network
Search HTML
<p style="text-align: justify;"></p>
<h4 style="text-align: justify;"></h4>
<h4 style="text-align: justify;"></h4>
<h4 style="text-align: justify;">
<img class="alignnone wp-image-12189 size-large" src="http://www.chicmetropolitan.com/wp-content/uploads/2016/05/Tinacci_120912_9633-1024x683.jpg" alt="B2B" srcset="http://www.chicmetropolitan.com/wp-content/uploads/2016/05/T…-content/uploads/2016/05/Tinacci_120912_9633-120x80.jpg 120w" sizes="(max-width: 1024px) 100vw, 1024px" width="1024" height="683">
</h4>
<h4 style="text-align: justify;"></h4>
<p></p>